# EXHIBIT 3



Ameriquest Mortgage Company         June 5, 2007
1100 Town and Country Road
Suite 1300
Orange, CA 92868

Re: Notice of Rescission by Julie M. and Todd Adams of 10 Eddy Street, Orange, MA 01364; Loan Number: 0076571706; Closing Date: 06/22/2004

To Whom It May Concern:

    I represent Julie M. and Todd Adams concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on June 22, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass G.L. ch. 140D and 209 C.M.R. part 32.

    The primary basis for the rescission is that Mr.& Mrs. Adams were given incomplete and therefore, inaccurate notice of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23 and the Massachusetts counterparts.

    The security interest held by Ameriquest Mortgage Company on the Adams's property located at 10 Eddy Street, Orange, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

                                  Very truly yours,
                                    Julie M. and Todd Adams,
                                  By their Attorney,

                                  Christopher M. Lefebvre
                                  P. O. Box 479
                                  Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Julie M. and Todd Adams
    Julie Taylor Moran at Barron & Stadfeld, P.C.