UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE M. ADAMS and TODD M. ADAMS<br>　　　　Plaintiffs,<br><br>VS.<br><br>AMERIQUEST MORTGAGE COMPANY<br>　　　　Defendant | :<br>:<br>:　　CA NO. 07-30116-MAP<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER OF PLAINTIFFS TO DEFENDANT'S AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM

Plaintiffs Julie M. Adams and Todd M. Adams ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and state:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3, 4, 5, 6, and 7 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraph 8 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiffs be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs Julie M. Adams and Todd M. Adams pray that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim.

1

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056
Lefeblaw@aol.com

## CERTIFICATION

I hereby certify that on October 9, 2007, I electronically filed the Plaintiffs' Answer to the Defendant's Ameriquest Mortgage Company Counterclaim with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System. The following participant has received notice electronically: Steven E. Snow at ses@phs.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre