IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

**JULIE M. ADAMS and TODD M. ADAMS**
   **Plaintiffs,**
            :    C.A. 07-30116
            :
  **VS.**         :
            :
**AMERIQUEST MORTGAGE**  :
**COMPANY**        :
   **Defendant**    :

**UNOPPOSED MOTION TO CANCEL SCHEDULING CONFERENCE**

  Now come the Plaintiffs in the above entitled matter and request that the Scheduling Conference in this matter presently set for January 2, 2008 be cancelled. This case is virtually identical to the 50 or so cases filed against Ameriquest in the District Courts of the First Circuit. All of the other cases have been transferred to Chicago as part of the Multi District Litigation pending in that Court. The Defendant is in the process of taking the necessary steps to transfer this case to Chicago. The Plaintiffs will not oppose the request to transfer and this case will inevitably be sent to Chicago for pre-trial proceedings. So as to avoid wasting valuable judicial resources, it is requested that the conference be cancelled for at least 60 days so as to allow the transfer to Chicago to be consummated. Defendant does not oppose this request.

            Respectfully submitted,_____

            /s/Christopher M. Lefebvre, Bar #629056
            CHRISTOPHER LEFEBVRE, P.C.
            P.O. Box 479
            Pawtucket, RI 02862
            (401) 728-6060
            (401) 728-6534 (FAX)
            Chris@Lefebvrelaw.com

.

## **CERTIFICATION**

_____I hereby certify that a copy of the attached Unopposed Motion to Cancel Scheduling Conference was served electronically upon counsel for the Defendant, Steven Snow via the Court's CMECF electronic filing system on the 17th day of December 2007.

/s/Christopher M. Lefebvre