# UNITED STATES JUDICIAL PANEL

## on

## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

January 7, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-35)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 20, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc:  Transferee Judge:      Judge Marvin E. Aspen
     Transferor Judges:     Judge Margaret A. Mahoney; Judge Michael A. Ponsor; Judge William E. Smith
     Transferor Clerks:     Sarah Thornton; David A. DiMarzio; Geraldine S. Lester

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 0 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

### IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
### LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-35)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 282 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
## LENDING PRACTICES LITIGATION

MDL No. 1715

### SCHEDULE CTO-35 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

MASSACHUSETTS
MA 3  07-30116          Julie M. Adams, et al. v. Ameriquest Mortgage Co.

RHODE ISLAND
RI   1  07-219          Paul J. Dinobile, et al. v. Argent Mortgage Co., LLC

**BKY.**
**DIST. DIV. ADVY. #**          **CASE CAPTION**

ALABAMA SOUTHERN
ALS 1  07-1079          Joann Jones v. Ameriquest Mortgage Co., et al.

NEW JERSEY
~~NJ   3  07-2615~~          ~~Phyllis A. Hollis, et al. v. Ameriquest Mortgage Co., et al.~~
                       Opposed 1/7/08

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE**
**LENDING PRACTICES LITIGATION**

MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-35)

Stephen James Bumgarner
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Paul J. Dillon
BLOOM KARINJA & DILLON PC
70 South Orange Avenue
Suite 240
Livingston, NJ 07039

Margaret Lambe Jurow
Legal Services of New Jersey
100 Metroplex Drive
Edison, NJ 08818

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Kristina G. Murtha
GOLDBECK MCCAFFERTY & MCKEEVER
216 Haddon Avenue
Suite 420 Sentry Office Plaza
Westmont, NJ 08108

Thomas J. Orr
321 High Street
Burlington, NJ 08016

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

John W. Sharbrough, III
SHARBROUGH LAW FIRM
156 St. Athony Street
P.O. Box 996
Mobile, AL 36601

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601