

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                          312-435-5698

January 10, 2008

Sarah Allison Thornton, Clerk of Court
John Joseph Moakley United States
Courthouse Suite 2300
One Courthouse Way
Boston, MA. 02210

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

Your case number:     1: 07-30116 Julie M. Adams et al.   vs.   Ameriquest Mortgage Co.  et al.

Our case number:     **08 cv 180 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from  the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins

Clerk

by:     Willie A. Haynes

Supervisor of Operations