# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:07–cv–30116–MAP

| | |
|---|---|
| Adams et al v. Ameriquest Mortgage Company | Date Filed: 06/27/2007 |
| Assigned to: Judge Michael A Ponsor | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Kenneth P. Neiman | Nature of Suit: 371 Truth in Lending |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

**Julie M. Adams**  represented by  **Christopher M. Lefebvre**
PO Box 479
Pawtucket, RI 02862
401–728–6060
Fax: 401–728–6534
Email: court@lefebvrelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd M Adams**  represented by  **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**  represented by  **Steven E. Snow**
Partridge, Snow &Hahn
180 South Main Street
Providence, RI 02903
401–861–8200
Fax: 401–861–8210
Email: ses@psh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ameriquest Mortgage Company**  represented by  **Steven E. Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Julie M. Adams**  represented by

**Christopher M. Lefebvre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Todd M Adams**     represented by    **Christopher M. Lefebvre**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | " 1 | COMPLAINT against Ameriquest Mortgage Company, filed by Julie M. Adams, Todd M Adams. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Cover &Category Sheets)(Lindsay, Maurice) (Entered: 06/27/2007) |
| 06/27/2007 | " | Case Assigned to Judge Michael A Ponsor. (Lindsay, Maurice) (Entered: 06/27/2007) |
| 06/27/2007 | " | Summons Issued as to Ameriquest Mortgage Company. (Lindsay, Maurice) (Entered: 06/27/2007) |
| 07/31/2007 | " 2 | Assented to MOTION for Extension of Time to 09/14/2007 to File Answer re 1 Complaint by Ameriquest Mortgage Company.(Snow, Steven) (Entered: 07/31/2007) |
| 08/01/2007 | " | Judge Michael A Ponsor : Electronic ORDER entered granting 2 Motion for Extension of Time to Answer by Ameriquest Mortgage Company. answer due 9/14/2007. (Stuckenbruck, John) (Entered: 08/01/2007) |
| 09/12/2007 | " 3 | ANSWER to Complaint, COUNTERCLAIM against all plaintiffs by Ameriquest Mortgage Company.(Snow, Steven) (Entered: 09/12/2007) |
| 09/12/2007 | " 4 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company. (Snow, Steven) (Entered: 09/12/2007) |
| 10/09/2007 | " 5 | ANSWER to Counterclaim by Julie M. Adams, Todd M Adams.(Lefebvre, Christopher) (Entered: 10/09/2007) |
| 11/15/2007 | " | Judge Michael A Ponsor : Electronic ORDER entered. REFERRING CASE to Magistrate Judge Kenneth P. Neiman for pretrial case management, excluding dispositive motions(French, Elizabeth) (Entered: 11/15/2007) |
| 11/20/2007 | " 6 | NOTICE of Scheduling Conference ISSUED, cc:cl. Initial Scheduling Conference set for 1/2/2008 at 10:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement and LR 16.1 due by 12/28/07. (Healy, Bethaney) (Entered: 11/20/2007) |
| 12/17/2007 | " 7 | Assented to MOTION to Continue Initial Scheduling Conference *set for January 2, 2008* by Julie M. Adams, Todd M Adams.(Lefebvre, Christopher) (Entered: 12/17/2007) |
| 12/18/2007 | " | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 7 Motion to Continue Conference, ENTERED, cc:cl. Initial Scheduling Conference set for 3/18/2008 at 12:15 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 12/18/2007) |
| 01/09/2008 | " 8 | Copy of MDL Conditional Transfer Order number 35 in MDL Case 1715 received from the MDL Panel. (Jones, Sherry) (Entered: 01/09/2008) |
| 01/11/2008 | " 9 | Certified copy of MDL Conditional Transfer Order number 35 in MDL Case 1715 |

| | | received from the Northern District of Illinois requesting transfer of case for consolidated pretrial proceedings. (Attachments: # 1 certified copy of MDL Order) (Jones, Sherry) (Entered: 01/11/2008) |