IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JULIE M. and TODD M. ADAMS, | C.A. 08-cv-00180 |
| | (Originally C.A. 06-40197 ( MA)) |
| Plaintiffs, | Transferred to Judge Aspen for |
| | Pretrial Proceedings under |
| VS. | MDL # 1715, Lead Case |
| AMERIQUEST MORTGAGE CO., | C.A. 05-07097 |
| WASHINGTON MUTUAL BANK, | |
| and DOES 1-5 | |
| Defendants | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that, on Tuesday, July 8, 2008 at 10:30am, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is hereby served upon you.

      /s/ Christopher M. Lefebvre

*Attorney for Plaintiffs*
Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Chris@lefebvrelaw.com

1

## CERTIFICATE OF SERVICE

       I, Christopher M. Lefebvre, hereby certify that on June 24, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent by e-mail or via U.S. Mail to those parties not registered with the court's electronic filing system.

**Bernard E. LeSage**
blesage@buchalter.com

**Washington Mutual Bank**
1301 Second Avenue
Seattle, WA 98101

/s/ Christopher M. Lefebvre