# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 180 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Adams, et al vs. Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion (Doc. No. 11) for leave to file amended complaint, instanter, is granted. The motion hearing set for 7/8/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|