AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JULIE M. and TODD M. ADAMS

CASE NUMBER: 08-cv-180, under MDL #1715

V.

ASSIGNED JUDGE: Judge Marvin E. Aspen

AMERIQUEST MORTGAGE COMPANY,
WASHINGTON MUTUAL BANK,
and DOES 1-5

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Washington Mutual Bank
c/o Susan R. Taylor
1201 Third Avenue, Wmt 1706, Seattle, WA 98101

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

August 7, 2008

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/15/2008 |
| NAME OF SERVER *(PRINT)* <br> N. Alsheikh | TITLE <br> King County Process Server #9402780 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served Washington Mutual Bank by Serving Rachel Christiansen, Administrative Assistant at 1301 2nd Avenue, Suite 3600, Seattle WA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $10.00 | TOTAL $10.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/20/2008
           Date

*Signature of Server*

711 6th Ave North #100, Seattle, WA 98109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.